UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHAN WILLIAMS,<br><br>　　　　　　Petitioner,<br>v.<br><br>JEREMY BEAN,<br><br>　　　　　　Respondent. | Case No. 2:24-cv-00964-RFB-MDC<br><br>ORDER |

　　　Petitioner Nathan Williams has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1-1. However, Williams has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application to *proceed in forma pauperis* ("IFP"). Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court.

　　　The Court may authorize an indigent inmate to begin a habeas action without paying the $5.00 fee if he or she submits an IFP application on the approved form and includes three documents: (a) the inmate's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the inmate and an authorized prison official, and (c) a copy of the inmate's account statement for the six-month period prior to filing. See 28 U.S.C. § 1915(a), LSR 1-1, LSR 1-2.

　　　Accordingly, Williams will have 30 days from the date of this order to either pay the $5.00 filing fee or submit a complete IFP application with all required documentation.

1    **IT IS THEREFORE ORDERED** that the initial screening of Petitioner Williams's petition for writ of habeas corpus (ECF No. 1-1) is deferred to until such time as he has fully complied with this order.

**IT IS FURTHER ORDERED** that within 30 days of the date of this order, Williams must file an IFP application that includes a: (a) financial certificate signed by Williams and an authorized prison official, (b) financial declaration and acknowledgement signed by Williams, and (c) copy of Williams's inmate account statement for the six-month period prior to filing. Alternatively, Williams must pay the $5.00 filing fee within 30 days. If Williams decides to pay the filing fee from his inmate account, Williams must arrange to have a copy of this order attached to the check for the filing fee. Williams's failure to timely comply with this order will result in the dismissal of his petition without prejudice and without further advance notice.

**DATED:** May 24, 2024.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE