UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHAN WILLIAMS,<br><br>　　　　　Petitioner,<br>v.<br><br>JEREMY BEAN,<br><br>　　　　　Respondent. | Case No. 2:24-cv-00964-RFB-MDC<br><br>ORDER |

　　　　On May 24, 2024, the Court gave petitioner, Nathan Williams, 30 days to either pay the filing fee for this habeas case or file an application to proceed *in forma pauperis*. ECF No. 3. On June 14, 2024, Williams filed motion asking the Court to either screen his habeas petition or extend the time permitted for him pay the filing fee. ECF No. 4.

　　　　The Court does not screen habeas petitions until the case has been properly commenced by either petitioner's payment of the filing fee or a finding by the Court that the petitioner is allowed to proceed IFP. The Court will, however, grant Williams' request for additional time to comply with the Court's order of May 24, 2024. Accordingly, Williams will have 30 days from the date of this order to either pay the $5.00 filing fee or submit a complete IFP application with all required documentation.

　　　　IT IS THEREFORE ORDERED that Williams' motion for an extension of time (ECF No. 4) is GRANTED.

　　　　IT IS FURTHER ORDERED that within 30 days of the date of this order, Williams must pay the $5.00 filing fee. Alternatively, Williams has 30 days to file an IFP application that

includes a: (a) financial certificate signed by Williams and an authorized prison official, (b) financial declaration and acknowledgement signed by Williams, and (c) copy of Williams's inmate account statement for the six-month period prior to filing. If Williams decides to pay the filing fee from his inmate account, Williams must arrange to have a copy of this order attached to the check for the filing fee. Williams's failure to timely comply with this order will result in the dismissal of his petition without prejudice and without further advance notice.

**DATED:** July 9, 2024.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**