UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHAN WILLIAMS,<br><br>  Petitioner,<br><br>v.<br><br>JEREMY BEAN,<br><br>  Respondent. | Case No. 2:24-cv-00964-RFB-MDC<br><br>**ORDER** |

On July 9, 2024, the Court entered an order giving petitioner 30 days to either pay the filing fee for this habeas case or file an application to proceed *in forma pauperis*. ECF No. 5. Petitioner has neither complied with that order nor requested an extension of time within which to do so. Thus, the Court will dismiss this action. Reasonable jurists would not find this decision to be debatable or wrong, so the Court will not issue a certificate of appealability.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice for petitioner's failure to comply with the Court's Order requiring payment of the filing fee or an application to proceed *in forma pauperis*. The Clerk of the Court is directed to enter judgment accordingly and close this case.

**IT IS FURTHER ORDERED** that the Plaintiff may move to reopen this case and vacate the judgment by filing a motion for reconsideration of this Order within 30 days. In this motion, the Plaintiff would need to explain that circumstances which led to him not being able to update his address as directed by the Court. If the Court finds there is good cause or a reasonable

explanation for the failure to update the address, the Court will reopen the case and vacate the judgment.

**IT IS FURTHER ORDERED** that no certificate of appealability will issue.

**DATED:** March 27, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**